1  David A. Kettel, Esq. (State Bar No. 125745)
   dkettel@tocounsel.com
2  Brian J. Headman, Esq. (State Bar No. 284508)
   bheadman@tocounsel.com
3  THEODORA ORINGHER PC
   1840 Century Park East, Suite 500
4  Los Angeles, California  90067-2120
   Telephone: (310) 557-2009
5  Facsimile: (310) 551-0283

6  Attorneys for Defendants Lincoln
   Computer Services, LLC, Gary Cioffi, and
7  Shawn Garrity

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LABC PRODUCTIONS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>USSE CORP. d/b/a Union Square Agency, a Nevada corporation; Lincoln Computer Services, LLC, a New York limited liability corporation; Gary Cioffi, an individual; Shawn Garrity, an individual; and DOES 1-10,<br><br>Defendants. | Case No. 2:15-cv-02352-DMG(Ex)<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL; DECLARATION OF DAVID A. KETTEL IN SUPPORT THEREOF**<br><br>Date:   December 11, 2015<br>Time:   9:30 a.m.<br>Courtroom: The Honorable Dolly M. Gee<br><br>Date Action Filed:  March 30, 2015 |

**TO THE COURT AND TO ALL PARTIES OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that on December 11, 2015 at 9:30 a.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Dolly M. Gee, United States District Court Judge, David A. Kettel, Brian J. Headman, and the law firm of Theodora Oringher PC will move, pursuant to Local Rule 83-2.3.2, to withdraw as counsel of record for defendants Lincoln Computer Services, LLC ("Lincoln"), Gary Cioffi ("Cioffi") and Shawn Garrity ("Garrity") in this matter.

This motion is unopposed.

Good cause exists for an order allowing Mr. Kettel and his firm to withdraw because on September 22, 2015, Mr. Kettel was advised by Cioffi that Cioffi, Garrity and Lincoln were replacing Mr. Kettel, Mr. Headman and their law firm with new counsel. *See* Declaration of David A. Kettel ("Kettel Decl.") § 11.

As indicated by the attached Declaration of Mr. Kettel, this motion is unopposed as Mr. Kettel has confirmed several times that his clients desire new counsel. *See* Kettel Decl. ¶¶ 11, 12, 14 and 15. In addition, Mr. Kettel has given written notice reasonably in advance of filing this motion to his clients and plaintiff's counsel pursuant to Local Rule 83-2.3.2, and has also given written notice to Lincoln of the consequences of its inability to appear *pro se*. *See* Kettel Decl. ¶¶ 18 and 19.

DATED: November 9, 2015    Respectfully Submitted,

THEODORA ORINGHER PC

By: /s/ David A. Kettel
David A. Kettel
Brian J. Headman
Attorneys for Defendants Lincoln Computer Services, LLC, Gary Cioffi, and Shawn Garrity

# DECLARATION OF DAVID A. KETTEL

I, David A. Kettel, declare and state as follows:

1. On March 30, 2015, plaintiff LABC Productions, LLC filed a complaint against defendants USSE Corp, d/b/a Union Square Agency ("USSE"), Lincoln Computer Services, LLC ("Lincoln"), Gary Cioffi ("Cioffi"), Shawn Garrity ("Garrity")and DOES 1-10, asserting causes of action for breach of contract, breach of the implied covenant of good faith and fair dealing and fraud ("the complaint"). (Dkt. No. 1).

2. On April 24, 2015, the court issued an order to show cause re dismissal for lack of prosecution as to defendant USSE. (Dkt. No. 23).

3. On May 1, 2015, a default was entered against USSE. (Dkt. No. 25).

4. On June 17, 2015, defendant Garrity was served with the complaint, meaning his answer was due on July 8, 2015. (Dkt. No. 29).

5. On July 13, 2015, the court issued an order to show cause re dismissal for lack of prosecution as to defendant Garrity. (Dkt. No. 30).

6. On or about July 14, 2015, I and my firm were engaged by Lincoln, Cioffi and Garrity to represent them in this matter.

7. On July 27, 2015, the parties submitted a joint stipulation for an order allowing Lincoln, Cioffi and Garrity additional time to respond to the complaint up to and including August 14, 2015 (Dkt. No. 31) and the court signed the submitted order that same day. (Dkt. No. 32).

8. On July 29, 2015, defendants Lincoln, Cioffi and Garrity filed a motion to dismiss the complaint for failure to state a claim, for lack of personal jurisdiction, or in the alternative, motion to transfer ("the motion to dismiss"). (Dkt. No. 37).

9. On September 11, 2015, plaintiff filed an opposition to the motion to dismiss. (Dkt. No. 41).

10. On September 17, 2015, the parties submitted a joint stipulation for an order allowing plaintiff to file a first amended complaint and defendants to withdraw

1  the motion to dismiss (Dkt. No. 42) and the court signed the submitted order that
2  same day.  (Dkt. No. 43).

3   11. On September 22, 2015, Cioffi advised me that he, Garrity and Lincoln
4  were replacing me and my firm with new counsel.

5   12. After I learned I and my firm were being replaced as counsel, I made
6  several telephone calls and sent several emails to Cioffi and Garrity to assist in the
7  transition to new counsel, advised them of upcoming dates and even supplied them
8  with partially executed Requests for Approval of Substitution or Withdrawal of
9  Counsel forms and proposed Orders thereon.  Unfortunately, Mr. Cioffi and Mr.
10 Garrity did not communicate with me for approximately two weeks.

11  13. On October 15, 2015, plaintiff filed a first amended complaint.  (Dkt.
12 No. 45).

13  14. On October 19, 2015, I spoke with Shawn Garrity who confirmed that
14 new counsel would be substituting in as counsel in place and stead of me and my
15 firm to represent Lincoln, Cioffi and Garrity.  On October 21, 2015, I confirmed the
16 foregoing conversation with Garrity in an email to Garrity and Cioffi.  On
17 October 22, 2015, Garrity again confirmed in an email that new counsel would be
18 substituting in on behalf of Lincoln, Cioffi and Garrity.  Thus, this motion is
19 unopposed.  A true and correct copy of the email thread confirming the defendants'
20 desire to hire new counsel is attached hereto as Exhibit A and incorporated herein by
21 this reference.

22  15. I have since had several conversations with attorney Robert J.
23 Hantman, who has confirmed he is new counsel for Lincoln, Cioffi and Garrity.  I
24 have also provided Mr. Hantman with numerous pleadings in this case.  Mr.
25 Hantman has also informed me that he and plaintiff's counsel are actively engaged
26 in settlement discussions.

27  16. On October 29, 2015, the parties submitted a joint stipulation to extend
28 the time for defendants to respond to the first amended complaint.  (Dkt. No. 46).

One of the reasons for the request for an extension was that defendants were changing counsel. An additional reason for the request is that Mr. Hantman and plaintiff's counsel are actively engaged in settlement discussions. I also advised plaintiff's counsel during a telephone call on or about October 28, 2015 that I and my firm had been fired by defendants.

17. On November 3, 2015, the court ordered that defendants' response to the first amended complaint is now due on November 12, 2015. (Dkt. No. 47).

18. Pursuant to Local Rule 83-2.3.2 and as indicated above, I have given written notice reasonably in advance of filing this motion to Lincoln, Cioffi, Garrity and plaintiff's counsel that I and my firm are withdrawing as counsel of record in this case. Indeed, it was my clients who advised me on September 22, 2015, that I and my firm were being replaced as counsel in this matter.

19. Pursuant to Local Rules 83-2.3.4 and 83-2.2.2, on November 6, 2015, I advised Lincoln in writing that because it is a limited liability corporation and not an individual, it is not permitted to appear in this action unless represented by an attorney permitted to practice before this Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of November at Los Angeles, California.

/s/ David A. Kettel
David A. Kettel