UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

**Case No.** CV 15-2352-DMG(Ex)          **Date:** September 23, 2016

**Title:** LABC PRODUCTIONS, LLC v. USSE CORP., ET AL.

**DOCKET ENTRY**

**PRESENT:**

HON. **CHARLES F. EICK**, JUDGE

| STACEY PIERSON | N/A |
|---|---|
| **DEPUTY CLERK** | **COURT REPORTER** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**      **ATTORNEYS PRESENT FOR DEFENDANTS:**

None                                                                          None

**PROCEEDINGS:** (IN CHAMBERS)                               (Page 1 of 2)

       The Court has read and considered all papers filed in connection with "Plaintiff LABC Productions, LLC's Motion for Default, or, in the Alternative, to Compel Responses to Discovery and 30(b)(6) Deposition" ("the Motion"), filed August 26, 2016.  The Court heard the Motion on September 23, 2016.

       On or before October 3, 2016, Defendants Lincoln Computer Services, LLC, Gary Cioffi and Shawn Garrity shall serve complete responses without objection to the interrogatories and requests for production and shall produce all documents responsive to the requests for production.

       On or before October 10, 2016, at a time and place to be selected by Plaintiff, Defendant Lincoln Computer Services, LLC shall appear for a deposition under Federal Rule of Civil Procedure 30(b)(6) in accordance with the Notice of Deposition appended as Exhibit G to the "Declaration of Christian A. Anstett, etc.," filed August 26, 2016.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES-GENERAL**

Case No. CV 15-2352-DMG(Ex)              Date: September 23, 2016

Title: LABC PRODUCTIONS, LLC v. USSE CORP., ET AL.

**DOCKET ENTRY**

**PRESENT:**

HON. CHARLES F. EICK, JUDGE

| STACEY PIERSON | N/A |
|---|---|
| **DEPUTY CLERK** | **COURT REPORTER** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**     **ATTORNEYS PRESENT FOR DEFENDANTS:**

None                                                        None

**PROCEEDINGS:** (IN CHAMBERS)                           (Page 2 of 2)

       On or before October 24, 2016, Defendants Lincoln Computer Services, LLC, Gary Cioffi and Shawn Garrity shall pay to Plaintiff the total sum of $22,848.00 as sanctions under Rule 37 of the Federal Rules of Civil Procedure.

       Failure timely to comply with any portion of this Order may result in the imposition of more drastic sanctions, including, without limitation, the entry of Defendants' default.

       Except as expressly stated herein, the Motion is denied without prejudice.

       Any party seeking review of this Order shall cause the preparation and filing of a transcript of the September 23, 2016 hearing.

cc:     Judge Gee
          All Counsel of Record