ROBERT L. MEYLAN (SBN 144031)
rmeylan@mdjalaw.com
BENEDETTO L. BALDING (SBN 244508)
bbalding@mdjalaw.com
**MEYLAN DAVITT JAIN AREVIAN & KIM LLP**
444 South Flower Street, Suite 1850
Los Angeles, California 90071
Tel: (213) 225-6000 / Fax: (213) 225-6660

Attorneys for Defendants
LINCOLN COMPUTER SERVICES, LLC,
GARY CIOFFI and SHAWN GARRITY

Ryan G. Baker (Bar No. 214036)
 rbaker@bakermarquart.com
Christian A. Anstett (Bar No. 240179)
 canstett@bakermarquart.com
BAKER MARQUART LLP
2029 Century Park East, Sixteenth Floor
Los Angeles, California 90067
Telephone: (424) 652-7800
Facsimile: (424) 652-7850

*Attorneys for Plaintiff*
*LABC Productions, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LABC PRODUCTIONS, LLC, a California limited liability company,<br><br>    Plaintiff,<br>  v.<br><br>USSE CORP. d/b/a Union Square Agency, a Nevada corporation; Lincoln Computer Services, LLC, a New York limited liability corporation; Gary Cioffi, an individual; Shawn Garrity, an individual; and DOES 1-10,<br><br>    Defendants. | CASE NO. 2:15-cv-02352 DMG-E<br><br>**JOINT STIPULATION TO RESOLVE MOTION FOR SANCTIONS, INCLUDING DEFAULT**<br><br>**Date:**   <u>November 18</u>, 2016<br>**Time:**   9:30 a.m.<br>**Place:**   Courtroom 20<br><br>The Hon., Magistrate Judge |

Plaintiff LABC Productions, LLC ("LABC") and Defendants Lincoln Computer Services, LLC, Gary Cioffi and Shawn Garrity ("Defendants") hereby stipulate and agree as follows:

1. On October 25, 2016, LABC filed a notice of motion and motion for sanctions, including default (the "Motion") with a hearing date scheduled for November 18, 2016 (*See* Dkt. 103).

2. On October 31, 2016, Defendants retained new counsel, Meylan Davitt Jain Arevian & Kim L.P. to replace David Graziani.  A substitution of attorney form was filed on November 3, 2016.

3. On November 7, 2016, the parties filed a joint stipulation to continue the hearing date on the Motion from November 18, 2016 until December 2, 2016 (*See* Dkt. 106).  The Court has not yet ruled on that stipulation.

4. NOW, WHEREFORE, having reached a resolution of the present dispute regarding LABC's pending Motion, the parties stipulate and agree as follows:

   a. Defendants will provide complete written responses without objection to Plaintiffs' outstanding interrogatories and requests for production of documents on or before November 30, 2016;

   b. Defendants will produce all documents responsive to Plaintiffs' outstanding Requests for Production on or before November 30, 2016;

   c. Defendant Lincoln Computer Services, LLC will appear for a Rule 30(b)(6) deposition in accordance with the Notice of Deposition appended as Exhibit G to the Declaration of Christian Anstett (Dkt. 96) on or before December 16, 2016 at a time and place to be selected by LABC;

   d. Defendants will pay to LABC the amount of $22,848.00 awarded as sanctions in the Court's September 23, 2016 Order (Dkt. 101) on or before November 30, 2016;

   e. Defendants will pay to LABC the amount of $12,000.00 as reimbursement for the legal fees LABC incurred related to the Motion;

        f.     LABC reserves all rights with respect to prior sanctions ordered by the Court and

        g.    LABC will withdraw the Motion after receipt of the amounts described in items (d) and (e) above.

Dated:     November 11, 2016         Respectfully submitted,

                         By: /s/  Ryan G. Baker
RYAN G. BAKER
BAKER MARQUART LLP
2029 Century Park East
Sixteenth Floor
Los Angeles, CA  90067
Telephone:  424.652.7800
Facsimile:  424.652.7850
rbaker@bakermarquart.com

*Attorneys for Plaintiff*
*LABC Productions, LLC*

DATED:  November 11, 2016    MEYLAN DAVITT JAIN AREVIAN & KIM LLP


                        By:      /s/ Robert L. Meylan
Robert L. Meylan
Benedetto L. Balding
Attorneys for Defendants
LINCOLN COMPUTER SERVICES, LLC,
GARY CIOFFI and SHAWN GARRITY