Ryan G. Baker (Bar No. 214036)
  rbaker@bakermarquart.com
Christian A. Anstett (Bar No. 240179)
  canstett@bakermarquart.com
BAKER MARQUART LLP
2029 Century Park East, Sixteenth Floor
Los Angeles, California 90067
Telephone:  (424) 652-7800
Facsimile:   (424) 652-7850

Attorneys for Plaintiff
LABC Productions, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| LABC PRODUCTIONS, LLC, a California limited liability company, | Case No.: 2:15-cv-02352 DMG(Ex) |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| | Date Action Filed:  March 30, 2015 |
| USSE CORP. d/b/a Union Square Agency, a Nevada corporation; Lincoln Computer Services, LLC, a New York limited liability corporation; Gary Cioffi, an individual; Shawn Garrity, an individual; and DOES 1-10, | |
| Defendants. | |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT plaintiff LABC Productions LLC, on the one hand, and Defendants Lincoln Computer Services, LLC, Gary Cioffi and Shawn Garrity ("Defendants"), on the other hand, have executed a confidential binding settlement agreement to resolve all claims and disputes between them.  Counsel for LABC anticipates that the Stipulation of Dismissal will be filed with the Court promptly.

Dated:      February 1, 2017        Respectfully submitted,


By: /s/  Ryan G. Baker     __
RYAN G. BAKER
BAKER MARQUART LLP
2029 Century Park East
Sixteenth Floor
Los Angeles, CA  90067
Telephone:   424.652.7800
Facsimile:    424.652.7850
rbaker@bakermarquart.com

*Attorneys for Plaintiff*
*LABC Productions, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5-4.7.2 on February 1, 2017.


/s/ Ryan G. Baker
Ryan G. Baker